# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMETRIUS NORTHCROSS, WILLIE BRISCO and ANTON LISTON, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO.   14-959-SCW ) ) |
| JACK BRUEHL, | ) ) ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

. **IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on July 5, 2015 (Doc. 19),   the above-captioned action is **DISMISSED** with prejudice.

**DATED** this 27th day of October, 2015

JUSTINE FLANAGAN, ACTING CLERK

BY: */s/ Angela Vehlewald*
Deputy Clerk

Approved by   */s/ Stephen C. Williams*
United States Magistrate Judge
Stephen C. Williams